| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ALEXANDRA P. NEGIN, #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Attorney for Defendant |
| | ROD SIMPSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  13-cr-406 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| ROD SIMPSON | Date:  October 14, 2014 |
| SHANE BRAYTON, | Time: 9:30 a.m. |
| | Judge: John A. Mendez |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for Plaintiff, ALEXANDRA P. NEGIN, attorney for ROD SIMPSON, and JOHN MANNING, attorney for SHANE BRAYTON that the status conference hearing date of August 19, 2014 be vacated, and the matter be set for status conference on October 14, 2014 at 9:30 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 14, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  August 11, 2014              Respectfully submitted,

                                     HEATHER E. WILLIAMS
                                     Federal Defender

                                     */s/ Alexandra P. Negin*
                                     ALEXANDRA P. NEGIN
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     ROD SIMPSON


Dated: August 11, 2014               */s/ John Manning*
                                     JOHN MANNING
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     SHANE BRAYTON


Dated: August 11, 2014               BENJAMIN B. WAGNER
                                     United States Attorney

                                     */s/ Jill Thomas*
                                     JILL THOMAS
                                     Assistant U.S. Attorney

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 19, 2014, status conference hearing be continued to October 14, 2014, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the October 14, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: August 11, 2014

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge