1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ALEXANDRA P. NEGIN, #250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710

5  Attorney for Defendant
   ROD SIMPSON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  13-cr-406 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE AND EXCLUDING ) TIME |
| ROD SIMPSON, et al., | ) Date:  December 2, 2014 ) Time: 9:30 a.m. |
| Defendants. | ) Judge: John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for Plaintiff, ALEXANDRA P. NEGIN, attorney for ROD SIMPSON, SHARI RUSK, attorney for SARAH BASTIN, and JOHN MANNING, attorney for SHANE BRAYTON that the status conference hearing date of October 14, 2014 be vacated, and the matter be set for status conference on December 2, 2014 at 9:30 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 2, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local

1 | Code T4 based upon continuity of counsel and defense preparation.

Dated:  September 26, 2014				Respectfully submitted,

							HEATHER E. WILLIAMS
							Federal Defender

							*/s/ Alexandra P. Negin*
							ALEXANDRA P. NEGIN
							Assistant Federal Defender
							Attorney for Defendant
							ROD SIMPSON

Dated: September 26, 2014				*/s/ John Manning*
							JOHN MANNING
							Assistant Federal Defender
							Attorney for Defendant
							SHANE BRAYTON

Dated: September 26, 2014				*/s/ Shari Rusk*
							SHARI RUSK
							Assistant Federal Defender
							Attorney for Defendant
							SARAH BASTIN

Dated: September 26, 2014				BENJAMIN B. WAGNER
							United States Attorney

							*/s/ Jill Thomas*
							JILL THOMAS
							Assistant U.S. Attorney

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 14, 2014, status conference hearing be continued to December 2, 2014, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the December 2, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: September 29, 2014

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge