1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    ALEXANDRA P. NEGIN, #250376
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, CA  95814
4    Tel: 916-498-5700/Fax 916-498-5710

5    Attorney for Defendant
     ROD SIMPSON

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   Case No.  13-cr-406 JAM
                                       )
         Plaintiff,                    )   STIPULATION AND ORDER CONTINUING
12                                     )   STATUS CONFERENCE AND EXCLUDING
                                       )   TIME (**AMENDED**)
13     v.                              )
                                       )   Date:  January 13, 2015
14   ROD SIMPSON, et al.,              )   Time: 9:30 a.m.
                                       )   Judge: John A. Mendez
15         Defendants.                 )
                                       )
16   _____  )

17          IT IS HEREBY STIPULATED by and between the parties hereto through their

18   respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for Plaintiff,

19   ALEXANDRA P. NEGIN, attorney for ROD SIMPSON, SHARI RUSK, attorney for SARAH

20   BASTIN, and JOHN MANNING, attorney for SHANE BRAYTON that the status conference

21   hearing date of December 2, 2014 be vacated, and the matter be set for status conference on

22   January 13, 2015 at 9:30 a.m.

23          The reasons for this continuance are to allow defense counsel additional time to review

24   discovery, to examine possible defenses and to continue investigating the facts of the case.

25          Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

26   should be excluded from the date of signing of this order through and including January 13, 2015

27   pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

28

1    T4 based upon continuity of counsel and defense preparation.

2

3    Dated:  November 19, 2014                    Respectfully submitted,

4                                                 HEATHER E. WILLIAMS
                                                  Federal Defender
5
                                                  /s/ Alexandra P. Negin
6                                                 ALEXANDRA P. NEGIN
                                                  Assistant Federal Defender
7                                                 Attorney for Defendant
                                                  ROD SIMPSON
8

9    Dated: November 19, 2014                     /s/ John Manning
                                                  JOHN MANNING
10                                                Assistant Federal Defender
                                                  Attorney for Defendant
11                                                SHANE BRAYTON

12

13   Dated: November 19, 2014                     /s/ Shari Rusk
                                                  SHARI RUSK
                                                  Assistant Federal Defender
14                                                Attorney for Defendant
                                                  SARAH BASTIN
15

16

17   Dated: November 19, 2014                     BENJAMIN B. WAGNER
                                                  United States Attorney
18
                                                  /s/ Jill Thomas
19                                                JILL THOMAS
                                                  Assistant U.S. Attorney
20                                                Attorney for Plaintiff

21

22

23

24

25

26

27

28

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 2, 2014, status conference hearing be continued to January 13, 2015, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the January 13, 2015 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: November 19, 2014

/s/ John A. Mendez_____
Honorable John A. Mendez
United States District Court Judge