1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   ALEXANDRA P. NEGIN, #250376
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710

5   Attorney for Defendant
    ROD SIMPSON

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No.  13-cr-406 JAM
                                       )
                 Plaintiff,            )  STIPULATION AND ORDER CONTINUING
12                                     )  STATUS CONFERENCE AND EXCLUDING
       v.                              )  TIME
13                                     )
    ROD SIMPSON, et al.,               )  Date:  May 5, 2015
14                                     )  Time: 9:30 a.m.
                 Defendants.           )  Judge: John A. Mendez
15                                     )
                                       )
16  _____)

17         IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, Heather

    Williams, Federal Defender, through Assistant Federal Defender Alexandra P. Negin, attorney
19
    Rod Simpson, Shari Rusk, attorney for Sarah Bastin, and John Manning, attorney for Shane
20
    Brayton that the status conference hearing date of March 17, 2015 be vacated, and the matter be
21
    set for status conference on May 5, 2015 at 9:15 a.m.
22
           The reasons for this continuance are to allow defense counsel additional time to review
23
    discovery, to examine possible defenses and to continue investigating the facts of the case.
24
           Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
25
    excluded of this order's date through and including May 5, 2015;  pursuant to 18 U.S.C. §3161
26
    (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based
27

28

1  upon continuity of counsel and defense preparation.

2  Dated:  March 9, 2015                    Respectfully submitted,

3                                           HEATHER E. WILLIAMS
4                                           Federal Defender

5                                           */s/ Alexandra P. Negin*_____
                                            ALEXANDRA P. NEGIN
6                                           Assistant Federal Defender
                                            Attorney for Defendant
7                                           ROD SIMPSON

8  Dated: March 9, 2015                     */s/ John Manning*_____
9                                           JOHN MANNING
                                            Assistant Federal Defender
10                                          Attorney for Defendant
11                                          SHANE BRAYTON

12 Dated: March 9, 2015                     */s/ Shari Rusk*_____
                                            SHARI RUSK
13                                          Assistant Federal Defender
                                            Attorney for Defendant
14                                          SARAH BASTIN

15

16 Dated: March 9, 2015                     BENJAMIN B. WAGNER
                                            United States Attorney
17

18                                          */s/ Jill Thomas*_____
                                            JILL THOMAS
19                                          Assistant U.S. Attorney
                                            Attorney for Plaintiff
20

21

22

23

24

25

26

27

28

1

**O R D E R**

2        IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4   its order. The Court specifically finds the failure to grant a continuance in this case would deny

5   counsel reasonable time necessary for effective preparation, taking into account the exercise of

6   due diligence.  The Court finds the ends of justice are served by granting the requested

7   continuance and outweigh the best interests of the public and defendant in a speedy trial.

8        The Court orders the time from the date the parties stipulated, up to and including May 5,

9   2015, shall be excluded from computation of time within which the trial of this case must be

10  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)

11  [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further**

12  **ordered** the March 17, 2015 status conference shall be continued until May 5, 2015, at 9:15 a.m.

13  Dated: March 9, 2015

14                                  /s/ John A. Mendez_____

15                                  Honorable John A. Mendez
                                    United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28