1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ALEXANDRA P. NEGIN, #250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710

5  Attorney for Defendant
   ROD SIMPSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           ) Case No.  13-cr-406 JAM
                                        )
12           Plaintiff,                 ) STIPULATION AND ORDER CONTINUING
                                        ) STATUS CONFERENCE AND EXCLUDING
13     v.                               ) TIME
                                        )
14 ROD SIMPSON, et al.,                 ) Date:  June 16, 2015
                                        ) Time: 9:15 a.m.
15           Defendants.                ) Judge: John A. Mendez
                                        )
16 _____)

17         IT IS HEREBY STIPULATED by and between the parties hereto through their

18 respective counsel, Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, Heather

19 Williams, Federal Defender, through Assistant Federal Defender Alexandra P. Negin, attorney

20 Rod Simpson, Shari Rusk, attorney for Sarah Bastin, and John Manning, attorney for Shane

21 Brayton that the status conference hearing date of May 5, 2015 be vacated, and the matter be set

22 for status conference on June 16, 2015 at 9:15 a.m.

23         The reasons for this continuance are to allow defense counsel additional time to review

24 discovery, to examine possible defenses and to continue investigating the facts of the case.

25 Defendant Bastin was formally arraigned in this matter on March 10, 2015. Further, counsel for

26 Simpson will be in trial before Judge Mueller on May 4, 2015.

27         Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

28

1  excluded of this order's date through and including June 16, 2015;  pursuant to 18 U.S.C. §3161

2  (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based

3  upon continuity of counsel and defense preparation.

4  Dated:  April 21, 2015                    Respectfully submitted,

5                                            HEATHER E. WILLIAMS
                                             Federal Defender
6

7                                            */s/ Alexandra P. Negin*
                                             ALEXANDRA P. NEGIN
8                                            Assistant Federal Defender
                                             Attorney for Defendant
9                                            ROD SIMPSON

10
    Dated: April 21, 2015                    */s/ John Manning*
11                                           JOHN MANNING
                                             Attorney for Defendant
12                                           SHANE BRAYTON

13
    Dated: April 21, 2015                    */s/ Shari Rusk*
14                                           SHARI RUSK
                                             Attorney for Defendant
15                                           SARAH BASTIN

16

17  Dated: April 21, 2015                    BENJAMIN B. WAGNER
                                             United States Attorney
18
                                             */s/ Jill Thomas*
19                                           JILL THOMAS
                                             Assistant U.S. Attorney
20                                           Attorney for Plaintiff

21

22

23

24

25

26

27

28

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 16, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the May 5, 2015 status conference shall be continued until June 16, 2015, at 9:15 a.m.

Dated: April 21, 2015

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge