1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ALEXANDRA P. NEGIN, #250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710

5  Attorney for Defendant
   ROD SIMPSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) Case No.  13-cr-406 JAM
                                    )
12         Plaintiff,                ) STIPULATION AND ORDER CONTINUING
                                    ) STATUS CONFERENCE AND EXCLUDING
13    v.                             ) TIME
                                    )
14 ROD SIMPSON, et al.,              ) Date: August 18, 2015
                                    ) Time: 9:15 a.m.
15         Defendants.                ) Judge: John A. Mendez
                                    )
16 _____  )

17         IT IS HEREBY STIPULATED by and between the parties hereto through their

18 respective counsel, Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, Heather

19 Williams, Federal Defender, through Assistant Federal Defender Alexandra P. Negin, attorney

20 Rod Simpson, Shari Rusk, attorney for Sarah Bastin, and John Manning, attorney for Shane

21 Brayton that the status conference hearing date of June 16, 2015 be vacated, and the matter be set

22 for status conference on August 18, 2015 at 9:15 a.m.

23         The reasons for this continuance are to allow defense counsel additional time to review

24 discovery, to examine possible defenses and to continue investigating the facts of the case.

25         Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

26 excluded of this order's date through and including August 18, 2015;  pursuant to 18 U.S.C.

27 §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

28

1 | based upon continuity of counsel and defense preparation.

2 | Dated: June 9, 2015  Respectfully submitted,

3 | HEATHER E. WILLIAMS
4 | Federal Defender

5 | */s/ Alexandra P. Negin*
ALEXANDRA P. NEGIN
6 | Assistant Federal Defender
Attorney for Defendant
7 | ROD SIMPSON

8 | Dated: June 9, 2015  */s/ John Manning*
9 | JOHN MANNING
Attorney for Defendant
10 | SHANE BRAYTON

11 | Dated: June 9, 2015  */s/ Shari Rusk*
12 | SHARI RUSK
Attorney for Defendant
13 | SARAH BASTIN

14 |

15 | Dated: June 9, 2015  BENJAMIN B. WAGNER
United States Attorney

16 |

17 | */s/ Jill Thomas*
JILL THOMAS
18 | Assistant U.S. Attorney
Attorney for Plaintiff

19–28

Stipulation to Continue -2- *U.S. v. Simpson, et al.*, 13-cr-406 JAM

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 18, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the June 16, 2015 status conference shall be continued until August 18, 2015, at 9:15 a.m.

Dated: June 9, 2015

/s/ John A. Mendez_____
Honorable John A. Mendez
United States District Court Judge