HEATHER E. WILLIAMS, #122664
Federal Defender
ALEXANDRA P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
ROD SIMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  13-cr-406 JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | ) | |
| ROD SIMPSON, et al., | ) | Date:  October 6, 2015 |
| | ) | Time: 9:15 a.m. |
| Defendants. | ) | Judge: John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Alexandra P. Negin, attorney for Rod Simpson, Shari Rusk, attorney for Sarah Bastin, and John Manning, attorney for Shane Brayton that the status conference hearing date of August 18, 2015 be vacated, and the matter be set for status conference on October 6, 2015 at 9:15 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including October 6, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

Dated:  August 11, 2015               Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

                                      /s/ Alexandra P. Negin
                                      ALEXANDRA P. NEGIN
                                      Assistant Federal Defender
              Attorney                        for Defendant
                                      ROD SIMPSON

Dated: August 11, 2015                /s/ John Manning
                                      JOHN MANNING
              Attorney                        for Defendant
                                      SHANE BRAYTON

Dated: August 11, 2015                /s/ Shari Rusk
                                      SHARI RUSK
              Attorney                        for Defendant
                                      SARAH BASTIN

Dated: August 11, 2015                BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Jill Thomas
                                      JILL THOMAS
                                      Assistant U.S. Attorney
              At                              torney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 6, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the August 18, 2015 status conference shall be continued until October 6, 2015, at 9:15 a.m.

Dated: August 11, 2015

                    /s/ John A. Mendez_____
  Honorable                    John A. Mendez
  United                       States District Court Judge