1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ALEXANDRA P. NEGIN, #250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710

5  Attorney for Defendant
   ROD SIMPSON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  13-cr-406 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | ) |
| ROD SIMPSON, et al., | ) Date: December 15, 2015 |
| Defendants. | ) Time: 9:15 a.m. |
|  | ) Judge: John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Alexandra P. Negin, attorney Rod Simpson, Shari Rusk, attorney for Sarah Bastin, and John Manning, attorney for Shane Brayton that the status conference hearing date of December 15, 2015 be vacated, and the matter be set for status conference on February 9, 2016 at 9:15 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including February 9, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

Stipulation to Continue                           -1-

1 | based upon continuity of counsel and defense preparation.

2 | Dated:  December 8, 2015  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Alexandra P. Negin*
ALEXANDRA P. NEGIN
Assistant Federal Defender
Attorney for Defendant
ROD SIMPSON

Dated: December 8, 2015   */s/ John Manning*
JOHN MANNING
Attorney for Defendant
SHANE BRAYTON

Dated: December 8, 2015   */s/ Shari Rusk*
SHARI RUSK
Attorney for Defendant
SARAH BASTIN

Dated: December 8, 2015   BENJAMIN B. WAGNER
United States Attorney

*/s/ Jill Thomas*
JILL THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation to Continue                -2-

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 9, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the December 15, 2015 status conference shall be continued until February 9, 2016, at 9:15 a.m.

Dated: December 8, 2015

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge