```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
SHANE BRAYTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br><br>BRAYTON et al.,<br><br>    Defendants. | ) No. CR-S-13-406 GEB<br>)<br>)<br>) STIPULATION REGARDING<br>) EXCLUDABLE TIME PERIODS<br>) UNDER SPEEDY TRIAL ACT;<br>) [PROPOSED] FINDINGS AND ORDER<br>)<br>)<br>) Date:  April 28, 2017<br>) Time:  9:00 a.m.<br>) Judge: Hon. Garland E Burrell, Jr.<br>)<br>) |

The United States of America through its undersigned counsel, Timothy H. Delgado, Assistant United States Attorney, together with counsel for defendant Shane Brayton, John R. Manning, Esq., counsel for defendant Rod Simpson, Michael Petrik, Jr., Esq., and counsel for defendant Sarah Bastin, Shari G. Rusk, Esq., hereby stipulate the following:

   1. By previous order, this matter was set for status conference on March 17, 2017.

2. By this stipulation, defendants now move to continue the status conference until April 28, 2017 and to exclude time between March 17, 2017 and April 28, 2017 under the Local CodeT-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. This case includes over 200 pages of discovery and a video.

   b. Counsel for the defendants need additional time to review the proposed plea agreements and discuss the relevant USSG calculations and sentencing factors. Additionally, defendant Rod Simpson is being housed at the Colusa County Jail which makes personal communications with his attorney difficult.

   c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The Government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of March 17, 2017 to April 28, 2017, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv),

corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 15, 2017                    /s/  John R. Manning
                                          JOHN R. MANNING
                                          Attorney for Defendant
                                          Shane Brayton

Dated:  March 15, 2017                    /s/  Michael Petrik, Jr.
                                          MICHAEL PETRIK, JR.
                                          Attorney for Defendant
                                          Rod Simpson

Dated:  March 15, 2017                    /s/  Shari G. Rusk
                                          SHARI G. RUSK
                                          Attorney for Defendant
                                          Sarah Bastin

Dated:  March 15, 2017                    Phillip A. Talbert
                                          United States Attorney

                                    by:   /s/  Timothy H. Delgado
                                          TIMOTHY H. DELGADO
                                          Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  March 16, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge