1  PHILLIP A. TALBERT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                      IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO. 2:13-CR-0406-GEB

12                        Plaintiff,         STIPULATION AND [PROPOSED] ORDER TO
                                             CONTINUE STATUS CONFERENCE
13              v.
                                             Date: May 5, 2017
14  ROD SIMPSON and SARAH BASTIN,            Time: 9:00 a.m.
                                             Judge: Hon. Garland E. Burrell, Jr.
15                        Defendants.

16

17        The United States of America, through its undersigned counsel, and defendants Rod Simpson and

18  Sarah Bastin, through their separate counsel of record indicated below, stipulate that the status conference

19  currently set for April 28, 2017, be continued to May 5, 2017, at 9:00 a.m.

20        Counsel for both defendants require a brief period of additional time—one week in this request—

21  to review the discovery and evidence in this case, and to review the proposed plea agreements and discuss

22  the relevant United States Sentencing Guidelines calculations and sentencing factors with their clients.

23  Counsel for both defendants believe that the failure to grant a continuance in this case would deny them

24  reasonable time needed for effective preparation, taking into account the exercise of due diligence. The

25  government does not object to this brief continuance.

26        Based on the foregoing, the parties stipulate that the status conference currently scheduled for

27  April 28, 2017, be continued to May 5, 2017, at 9:00 a.m. The parties further agree that time under the

28  Speedy Trial Act should be excluded from the date this order issues to and including May 5, 2017, under

                                                    1
    STIPULATION AND [PROPOSED] ORDER TO CONTINUE
    STATUS CONFERENCE

1  18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code

2  T4, based on continuity of counsel and defense preparation.

3        Counsel and the defendants [Simpson and Bastin] also agree that the ends of justice served by the

4  Court granting the requested continuance outweigh the best interests of the public and the defendants in

5  a speedy trial.

6                                                    Respectfully submitted,

7

8  Dated:    April 26, 2017                   _/s/ Timothy H. Delgado_____
                                             TIMOTHY H. DELGADO
9                                            Assistant United States Attorney
                                             Attorney for Plaintiff United States of America
10

11  Dated:    April 26, 2017                  _/s/ THD for Michael Petrik, Jr._____
                                             MICHAEL PETRIK, JR.
12                                           Attorney for Defendant Rod Simpson

13

14  Dated:    April 26, 2017                  _/s/ THD for Shari G. Rusk_____
                                             SHARI G. RUSK
15                                           Attorney for Defendant Sarah Bastin

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including May 5, 2017, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4).  It is further ordered that the April 28, 2017 status conference shall be continued until May 5, 2017, at 9:00 a.m.

Dated:  April 27, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge